DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ATKINS v. BURDEN

No. 14 PC.

Case below: 31 N.C. App. 660.

Petition by respondent for discretionary review under G.S. 7A-31 denied 31 January 1977.

BEESON v. MOORE

No. 13 PC.

Case below: 31 N.C. App. 507.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 January 1977.

CAMERON-BROWN v. SPENCER

No. 10 PC.

Case below: 31 N.C. App. 499.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

COX v. DICK

No. 16 PC.

Case below: 31 N.C. App. 565.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 January 1977.

EQUIPMENT CO. v. SMITH

No. 127 PC.

Case below: 31 N.C. App. 351.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 31 January 1977.